UNITED STATES DISTRICT COURT
WESTERN DISTRICT TENNESSEE

THOMAS M. GOULD
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210

WESTERN DIVISION

September 21, 2005



ALL INTERESTED PARTIES OF RECORD

RE:  P. PRESTON WILSON vs. WHEELER LIVING TRUST AND GARY WHEELER
District Court Civil No. 05-2642-B/P
Bankruptcy No. 01-34950    Adversary Proceeding No. 03-949

Documents in the above styled action have been transmitted to this office from the bankruptcy court and docketed. This action has been assigned to Judge J. Daniel Breen and Magistrate Judge Tu M. Pham as **CASE NO. 05-2642.**

Please use our **CASE NO. 05-2642-B/P,** and reference the bankruptcy numbers on all pleadings and correspondence relating to this case. ORIGINAL and TWO COPIES of all pleadings should be filed in this office.

Sincerely yours,

Thomas M. Gould,  Clerk of Court

By: Earlene Thayer
Deputy Clerk

cc: Judge Breen

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301

Case 2:05-cv-02642-JDB-tmp    Document 2    Filed 09/21/05    Page 2 of 2    PageID 2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02642 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Steven N. Douglass
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

David S. Kennedy
200 Jefferson Avenue
Ste. 650
Memphis, TN 38103

Russell W. Savory
GOTTEN WILSON & SAVORY
88 Union Ave.
14th Floor
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT