IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

P. PRESTON WILSON,

      Appellant,

v.

WHEELER LIVING TRUST and
GARY WHEELER

      Appellees.

CIVIL NO. 05-2642-B/P

Bankruptcy No. 01-34950-DSK      Adversary No. 03-949

### ORDER SETTING SCHEDULING IN BANKRUPTCY APPEAL

The above-referenced matter was docketed in this court on June 1, 2005. Pursuant to Bankruptcy Rule 8009(a), the following schedule shall be followed:

1. The appellant shall serve and file a brief within 15 days of the entry of this Order.

2. The appellee shall serve and file a response brief within 15 days of the service of appellant's brief. If a cross-appeal is filed, the brief on the cross-appeal shall contain the issues and arguments pertinent to the cross-appeal and be so designated.

3. The appellant may serve and file a reply brief within 10 days of the service of appellee's brief.

4. If appellee has filed a cross-appeal, the appellee may file and serve a reply brief to appellant's response within 10 days after the service of the reply brief of the appellant.

No further briefs shall be filed without leave of Court.

Entered this 21ST day of September, 2005.

THOMAS M. GOULD, CLERK

BY: *Earline Grayer*
    Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02642 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Steven N. Douglass
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Russell W. Savory
GOTTEN WILSON & SAVORY
88 Union Ave.
14th Floor
Memphis, TN 38103

David S. Kennedy
200 Jefferson Avenue
Ste. 650
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT