FILED BY _____ D.C.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

05 OCT -5  AM 9: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

In re:

       GREEN VALENTINE, INC.

          Debtor.


P. PRESTON WILSON, TRUSTEE,

    Plaintiff - Appellant,

v.                                  05-cv-02642-JDB-tmp


WHEELER LIVING TRUST and
GARY WHEELER,

    Defendants - Appellees

---

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE REPLY BRIEF

---

      This cause came on to be heard upon the Motion to Extend Time to File Reply Brief filed

by the Defendants - Appellees, Wheeler Living Trust and Gary Wheeler, by and through counsel,

and based upon consideration of the case record as a whole and the consultation and consent of

the Appellant it appears that the relief requested should be granted and it is

      ORDERED, that the deadline for Defendants-Appellees to file a reply brief is extended

from October 3, 2005, to and through October 13, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-5-05

_____
Judge

_____
10/4/05
Date

_____
Steven N. Douglass (Tenn. Disc. No. 9770)
2700 One Commerce Square
Memphis, TN 38103
Phone: (901) 525-1455
Fax: (901) 526-4014

Attorney for Defendants - Appellees

_____
Russell W. Savory (Tenn. Disc. No. 12786)
88 Union Avenue, 14th Floor
Memphis, Tennessee 38103
Phone: (901) 523-1110
Fax: (901) 523-1139
Attorney for Plaintiff - Appellant

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02642 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

David S. Kennedy
200 Jefferson Avenue
Ste. 650
Memphis, TN 38103

Steven N. Douglass
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Jed G. Weintraub
U.S. BANKRUPTCY COURT
200 Jefferson Avenue
Suite 500
Memphis, TN 38103

Russell W. Savory
GOTTEN WILSON & SAVORY
88 Union Ave.
14th Floor
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT